417 A.2d 781

Commonwealth v. Filippelli, Appellant.

Submitted

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

620

April 18, 1978. Wendell G. Freeland, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.